IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP QUINN | : | CIVIL ACTION |
| vs. | : | |
| SUPERINTENDENT R. MEHAWLER, et al. | : | NO. 10-CV-160 |

ORDER

AND NOW, this 7th day of July, 2011, upon careful and independent consideration for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and the Petitioner's objection to Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.