# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP QUINN, :
          Petitioner, :
           :
         v. :    CIVIL ACTION NO. 10-CV-0160
           :
SUPERINTENDENT MEHAWLER, *et al.*, :
         Respondents. :

## ORDER

**AND NOW**, this 26th day of June 2019, **IT IS ORDERED** that Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b), is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **CLOSE** this matter and that there is no cause to issue a certificate of appealability.

                                          **BY THE COURT:**

                                          s/ J. Curtis Joyner

                                          _____
                                          **J. CURTIS JOYNER, J.**